395 A.2d 576

**COMMONWEALTH of Pennsylvania**

v.

**David A. GREELY, Appellant.**

Superior Court of Pennsylvania.

Submitted Sept. 21, 1977.

Decided Dec. 14, 1978.

Robert E. Kerper, Jr., Assistant Public Defender, Reading, for appellant.

J. Michael Morrissey, District Attorney, Reading, for Commonwealth, appellee.

Before WATKINS, President Judge, and JACOBS, HOFFMAN, CERCONE, PRICE, VAN der VOORT and SPAETH, JJ.

## OPINION

PER CURIAM:

Judgment of sentence affirmed on the basis of *Commonwealth v. Riviera,* 254 Pa.Super. 196, 385 A.2d 976 (1978).

WATKINS, former President Judge, and HOFFMAN, J., did not participate in the consideration or decision of this case.